# HENRY *et al.* v. DOWDEN.

## No. 4428.   Opinion Filed May 11, 1915.

### (148 Pac. 988.)

**APPEAL AND ERROR—Dismissal—Deposit for Costs.** Where plaintiff in error fails to make a deposit for costs in compliance with order of this court, the appeal will be dismissed for want of prosecution.

(Syllabus by Brewer, C.)

*Error from District Court, Grady County;*

*J. T. Johnson, Judge.*

Action between F. P. Henry and others and E. Dowden. From the judgment, the parties first mentioned bring error. Dismissed.

*J. W. Bartholomew,* for plaintiffs in error.

BREWER, C.   On April 13, 1915, this court made an order in this cause requiring plaintiffs in error to pay to the clerk of the Supreme Court the sum of $15 as a deposit for costs, and that same be paid within 15 days from said date. This order of the court has not been complied with, and in pursuance thereto the cause should be dismissed for want of prosecution.

By the Court:   It is so ordered.